IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **APRIL CARROLL**, as administrator of the ESTATE OF KEVIN CARROLL and in her own right, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:21cv1298<br>Electronic Filing |
| **COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC** doing business as BRIGHTON REHABILITATION AND WELLNESS CENTER, **HEALTHCARE SERVICES GROUP, INC., HCSG LABOR SUPPLY, LLC, HCSG SUPPLY, INC., HCSG STAFF LEASING SOLUTIONS, LLC, BRIAN EDWARD MEJIA**, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

AND NOW, this 18th day of July, 2022, upon due consideration of defendant Comprehensive Healthcare Management Services, LLC's motion to vacate notice of voluntary dismissal and plaintiff's opposition thereto, IT IS ORDERED that [39] the motion be, and the same hereby is, denied.

As aptly noted by plaintiff, she has an unfettered right to effectuate the dismissal challenged by this motion. And because the court has not entered a judgment on any aspect of plaintiff's claims, Rule 60(b) is inapplicable and defendant's invocation of that rule is misplaced.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

2

cc:    David L. Kwass, Esquire
        Elizabeth Bailey, Esquire
        Robert J. Mongeluzzi, Esquire
        Andrew G. Kimball, Esquire
        Erica Kelly Curren, Esquire
        Jennifer M. Swistak, Esquire
        John M. Campbell, Esquire


        (*Via CM/ECF Electronic Mail*)


        Civil Action No. 21-1298
        District Judge David S. Cercone
        Magistrate Judge Maureen P. Kelly