IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **APRIL CARROLL**, as administrator of the ESTATE OF KEVIN CARROLL and in her own right,<br><br>     Plaintiff,<br>v.<br><br>**COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC** doing business as BRIGHTON REHABILITATION AND WELLNESS CENTER, **HEALTHCARE SERVICES GROUP, INC., HCSG LABOR SUPPLY, LLC, HCSG SUPPLY, INC., HCSG STAFF LEASING SOLUTIONS, LLC, BRIAN EDWARD MEJIA**,<br><br>     Defendants. | 2:21cv1298<br><br>Electronic Filing |

## ORDER OF COURT

AND NOW, this 25th day of July, 2022, in accordance with the Memorandum Orders entered on July 18, 2022, and pursuant to Federal Rule of Civil Procedure 58, IT IS ORDERED that final judgment is entered in the form of the dismissal of plaintiff's claims without prejudice. The Clerk of Court shall mark the case closed.

                s/David Stewart Cercone
                David Stewart Cercone
                Senior United States District Judge

cc: Magistrate Judge Maureen P. Kelly
   David L. Kwass, Esquire

   Elizabeth Bailey, Esquire
   Robert J. Mongeluzzi, Esquire
   Andrew G. Kimball, Esquire
   Erica Kelly Curren, Esquire
   Jennifer M. Swistak, Esquire
   John M. Campbell, Esquire

   (*Via CM/ECF Electronic Mail*)